| | | | |
|---|---|---|---|
| | AUSA: | Terrence Haugabook | Telephone: (313) 226-9157 |
| AO 91 (Rev. 11/11)   Criminal Complaint | Special Agent: | Kimberly Dent, ATF | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

United States of America

v.

Dequanta Branner

Case No. 25-mj-30253

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 23, 2024___ in the counties of ___Macomb, Wayne, and elsewhere___ in the ___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kimberly Dent, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  April 24, 2025

City and state:  Detroit, MI

_____
*Judge's signature*

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT

I, Kimberly Dent, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearm and Explosives (ATF) and have been since March 2015. I have had extensive law enforcement training, including at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I also have a bachelor's degree in criminal justice.

2.     Prior to becoming an ATF Special Agent, I was a police officer with the Wayne State University Police Department for approximately five years. As an ATF Special Agent, I have conducted and participated in numerous federal investigations, including investigations involving firearms crimes, armed drug trafficking violations, and/or offenses committed by criminal street gangs. I have used a variety of investigative techniques and resources as an ATF Special Agent, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources. Through these investigations, my training and experience, and conversations with other experienced agents and other law enforcement personnel, I have become familiar, not only with firearms violations,

but also with methods used by criminals, including gang members, to try to thwart any investigation of their criminal activity.

3.     This affidavit is comprised of information based on my personal knowledge and information provided by other law enforcement officers. I have not included each and every fact known to me concerning this investigation; rather, I have set forth only the facts necessary to establish probable cause.

4.     The information outlined below is for the limited purpose of establishing probable cause that Dequanta BRANNER (XX/XX/1993), has violated 18 U.S.C. § 922 (g)(1) – possession of a firearm by a convicted felon.

## PROBABLE CAUSE

I.     FEDERAL SEARCH WARRANT AT 36█ BENTWOOD CIR W

5.     On January 15, 2025, Federal Magistrate Judge Honorable David R. Grand, of the Eastern District of Michigan authorized sealed federal search warrant 24-mc-███-03 for 36█ Bentwood Cir W, in White Lake, Michigan, ("Target Premises") which also authorized the seizure of BRANNER's cellphones.

6.     On January 16, 2025, at approximately 6:01 am ATF, along with other law enforcement personnel, executed a federal search warrant at the Target Premises. BRANNER was located in the Target Premises, inside of the northeast bedroom and was subsequently detained. Agents then conducted a search of the residence and located and seized the following item:

a. One (1) blackish gray Apple iPhone ("Cellular Device") inside of a gray tinted case. Located and recovered from BRANNER's hand.

7.     On January 23, 2025, Federal Magistrate Judge Honorable Curtis Ivy, Jr., of the Eastern District of Michigan authorized sealed federal search warrant 24-mc-███-04 for the contents of the Cellular Device. The United States Secret Service (USSS) Network Intrusion Forensic Analyst – Technical Advisor (TA) Joshua Seney conducted a cellphone data extraction on the Cellular Device pursuant to sealed federal search warrant 24-mc-███-04 and provided the data to ATF.

II.    BRANNER'S UNLAWFUL POSSESSION OF FIREARMS ON
       SEPTEMBER 23, 2024

8.     During the month of April 2025, I reviewed cellphone extraction data pertaining to the Cellular Device and located several photographs and videos of BRANNER in possession of a firearm on September 23, 2024. I discovered GPS coordinates obtained from the cell phone extraction data and upon further investigation determined that BRANNER was in the Eastern District of Michigan, when the above referenced videos and photos were captured of BRANNER in possession of a suspected firearm on September 23, 2024.

9.     On September 23, 2024, at approximately 5:52:50 PM (UTC+0), while inside of a suspected Jeep vehicle, BRANNER utilized the Cellular Device to capture the below listed image 9a of him holding what appears to be a CZ Scorpion EVO 3 S1 pistol, and a magazine loaded with suspected ammunition. From the images, in addition to the GPS coordinates, I was also able to observe the navigation screen inside the Jeep which indicated the Jeep, BRANNER, and the guns (seen in images 9a, 10a, 10b, 10c, 10d and 10e) were all in the Eastern District of Michigan at the time the photos were taken.  From the images, I was able to obtain a serial number, D195542, from the CZ Scorpion pistol, depicted in image 9a, see zoomed in captured image 9a. A search of the serial number in a law enforcement database indicated that the serial number corresponds to a CZU Scorpion Evo pistol purchased May 12, 2022, by a female resident of Pontiac, Michigan whose last name is not BRANNER (the individual's last name is known to me but withheld for privacy). I queried https://cz-usa.com and obtained the below screen captured image 9b of a CZ Scorpion EVO 3 S1 pistol which appears to be the same as the pistol BRANNER is holding in image 9a.

**Note regarding cellphones digital media, locations and UTC time zone:** When a photograph or video is taken on a cellphone, the device automatically records the date and time in the photograph's metadata and embedded within the image file. Universal Time (UTC) is Greenwich Mean Time (GMT). UTC=US Eastern Standard Time (EST) +5 hours; UTC=Eastern Daylight Time (EDT) +4 hours, i.e., 8am UTC is 4am EDT in Detroit. All times noted in UTC within this affidavit must be converted to EDT which is -4 hours for the exact time images and videos were taken on the Cellular Device. Cellphones can embed location data when a photograph or video is taken using GPS and other location services such as Wi-Fi, and cell towers to pinpoint locations and embed the latitude and longitude within.

Image 9a



Zoomed in capture of Image 9a



Zoomed in image 9a of serial number



Image 9b



10.     On September 23, 2024, between approximately 5:51:20 PM(UTC+0) and 5:57:21 PM (UTC+0), BRANNER utilized the Cellular Device to capture multiple videos (see screen captured images 10a, 10b, 10c, 10d and 10e below) of him holding the same CZU Scorpion Evo, pistol previously mentioned in paragraph 9, and one Glock model 43 pistol while inside of the Jeep vehicle.



Image 10a

Image 10b

Image 10c

Image 10d



Glock model

Image 10e



11.     On September 23, 2024, at approximately 6:38:22 PM (UTC+0) BRANNER utilized the front facing camera of the Cellular Device to capture a video (see below screen captured images 11a, 11b, 11c, 11d and 11e) of himself wearing a red sweatshirt (similar to the photographs in paragraph 9 and 10) loading a magazine with suspected rounds of ammunition, racking the slide then shooting what appears to be a Glock pistol similar to the pistol in image 10e above. At one point during the video, casings are seen being ejected from the chamber of the pistol and a muzzle flash (see below annotated screen captured image 11e).



Image 11a    Image 11b    Image 11c



12.     On September 23, 2024, between approximately 9:19:59 PM (UTC+0) and 9:20:31 PM (UTC+0) BRANNER captured the below listed photographs (images 12a, 12b and 12c) utilizing the Cellular Device. One firearm appears to be the same CZU Scorpion Evo pistol previously mentioned in the above paragraphs 9 and 10. One firearm in the images below appears to be a Century Arms Micro Draco pistol.   I   queried   https://www.centuryarms.com/micro-draco-pistol.html   and captured image 12d, which is similar to the firearm in images 12a, 12b and 12c.



III.     BRANNER'S LOCATION WHILE UNLAWFULLY POSSESSING
         FIREARMS ON SEPTEMBER 23, 2024

13.     On September 23, 2024, at approximately 5:52:50 PM (UTC+0) as
mentioned in paragraph 9 (image 9a), BRANNER captured a photograph of himself
holding one CZ Scorpion pistol utilizing the Cellular Device. Image 9a depicts a
vehicle's Global Positioning System (GPS) on the screen inside the vehicle while
BRANNER is taking the photograph, see below annotated image 13a. In the below
image 13a, I zoomed in on the photograph depicted in image 9a and screen captured
the time and location displayed on the vehicle's GPS. Image 9a and 13a says "arrival
2:09" (arrival time of 2:09 to the specific destined location entered into the GPS
from BRANNER's then location, which would put BRANNER's time to be
approximately 1:52 PM EDT at the time the picture was taken), "17 Min"
(approximately 17 minutes until arrival to the specific destined location entered into
the GPS from BRANNER's then location at the time the photograph was taken),
"14mi" (approximately 14 miles to the specific location entered into the GPS from
BRANNER's location at the time the picture was taken). I conducted a query on
Google Maps of "Martin Pkwy" (the street displayed on the vehicle's GPS in image
9a and image13a) which provided an image from October 2024 that shows Martin
Pkwy is a road in Commerce Township, Michigan, which is in the Eastern District
of Michigan. I captured annotated image 13b from Google Maps on Martin Pkwy,
Commerce Township, Michigan which appears to be near the same red brick and

white building with a blue sign in front, as well as a yellow roundabout road sign, and landscaping similar to that in image 13a. I queried "Martin Pkwy" in Apple Maps and screen captured image 13c which shows an area on the map which appears to be the same location near a body of water as depicted in image 9a and image 13a (see annotated image 13c).



Image 13a

Vehicle's GPS

Image 13b

Red brick and white building

Blue sign

Yellow roundabout sign

12



14.     On September 23, 2024, at approximately 6:38:22 PM (UTC+0), BRANNER and the Cellular Device was at (42.442800, -83.299600), which are the coordinates obtained from the Cellular Device at that specific date and time stamped on the Cellular Device which is in Southfield, Michigan (within the Eastern District of Michigan), see the below Google maps image 14a. I queried this location in Google Earth which placed the Cellular Device at Action Impact Firearms and Training Center located at 25992 Eight Mile W, Southfield, Michigan, see the screen captured annotated image 14b listed below. At approximately the same time (6:38:22

PM (UTC+0)), BRANNER utilized the front facing camera to capture a video (see below screen captured images 11a, 11b, 11c, 11d, 11e, 14c) of himself wearing a red sweatshirt (similar to the photographs in paragraph 9, 10 and 11) loading a magazine with suspected rounds of ammunition, racking the slide then shooting a suspected Glock pistol. At one point during the video, casings are seen being ejected from the pistol and a muzzle flash, see the below screen captured annotated images 14c and 11e.

Image 14a



Annotated to display Action Impact building

Image 14b



Image 11a   Image 11b   Image 11c



Image 11d     Image 14c



Casings being ejected from pistol

Image 11e



Muzzle flash

15.    On September 23, 2024, at approximately 9:19:51 PM (UTC+0) BRANNER's device is at (42.638805, -83.324950) which are the coordinates obtained from the Cellular Device at that specific date and time stamped on the Cellular Device, near 1█ Osceola Drive near Boston Street in Pontiac, Michigan (within the Eastern District of Michigan), see the below screen captured image 15a from Google Earth and image 15b from Google Maps. 1█ Osceola Drive, Pontiac, Michigan, is the registered address of the female registered owner of the previously mentioned CZU Scorpion Evo pistol that BRANNER possessed as noted in paragraphs 9, 10 and 13, while inside a Jeep vehicle in Commerce, Township, Michigan.  That female also has a Jeep vehicle registered to her at that address.

Image 15a



17



Image 15b

16.    On September 23, 2024, at approximately 9:19:51 PM (UTC+0) BRANNER utilized the back camera of the Cellular Device to take a video (see captured image 16a) of what is believed to be BRANNER, wearing the same red outfit seen in paragraphs 9-12 and 14, holding a suspected Micro Draco firearm (previously mentioned in paragraph 12) while inside of a structure. The video has location data points of (42.638800, -83.324900) at the time the video was captured, which appears to be near 1█ Osceola Drive, where the female registered owner of the previously mentioned CZU Scorpion Evo pistol resides (see below annotated Google image 16b). The female registered owner of the CZU Scorpion Evo pistol also has one Micro Draco registered to her since August 19, 2022.

18

Image 16a





Image 16b

Annotated to display BRANNER's location which is marked by the red pin with respect to 1█ Osceola

17.     On September 23, 2024, between approximately 9:19:59 PM(UTC+0) and 9:20:31 PM(UTC+0) BRANNER, wearing the same red outfit seen in paragraphs 9-12 and 14, took the three (3) below listed photographs, 12a, 12b, and 12c respectively, with the following GPS location data (42.638611, -83.325000), (42.638611, -83.324723) and (42.638611, -83.324723) at the time the photographs were taken, which are all near 1█ Osceola Drive, Pontiac, Michigan.

Image 12a

Image 12b



Image 12c



IV.   <u>BRANNER UNLAWFULLY POSSESSING FIREARM AT ACTION IMPACT</u>

18.   On September 23, 2024, at approximately 6:38:22 PM(UTC+0), as previously mentioned in paragraph 14, and seen in paragraph 11's images, BRANNER video recorded himself with the Cellular Device, loading what appears to be a Glock model 43 pistol and firing several rounds while at Action Impact Firearms and Training Center located at 25992 Eight Mile W, Southfield, Michigan.

19.   On April 2, 2025, I traveled to Action Impact Firearms and Training Center located at 25992 Eight Mile W, Southfield, Michigan, and met with a manager of the location who provided a copy of Action Impact's "Release of Liability, Assumption of Risk, and Indemnification Agreement" signed by BRANNER at approximately 2:16 PM, on September 23, 2024, with date of birth XX/XX/1993 and same phone number as the herein described seized and searched Cellular Device, see image 19a.  I captured the below listed images 19b and 19c of booth number 3 which is believed to be the booth BRANNER utilized while at Action Impact as referenced in paragraph 14, as seen in paragraph 11's images, based on the ceiling screws and the indentation in the ceiling tiles in BRANNER's video, along with the specific wear pattern of the booth (see annotated image 19b). I captured the below listed annotated image 19b by utilizing a government owned Apple iPhone in front camera facing mode and laying it flat on the booth's stand. I captured below listed image 19c utilizing the back of the phone's camera lens.

| Image 19a |
|-----------|

**Signature page**

I have read and fully understand all of the provisions of this Release and am freely, knowingly, and voluntarily entering into this Release. In the event of my death or disability, the terms of this Release will be binding on my estate, and my personal representative, executor, administrator or guardian will be obligated to enforce them.

*Executed this 23rd day of September, 2024*



**Signee Name:** Dequanta Branner
**Date of Birth:** ███ 1993
**Phone Number:** +1 (248) 222-███
**Address:** █ waldo, Pontiac , MI, 48341, United States
**DocumentId:** ce988401-120b-4973-8ba9-3ecab3243e64

| Image 19b |
|-----------|



| Annotated to show ceiling screw pattern and indentation in the ceiling tiles |
|---|

| Image 19c |
|-----------|



| Annotated to show the worn pattern |
|---|



20.    On April 3, 2025, ATF Special Agent and Firearms Interstate Nexus expert Kara Klupacs reviewed the video of BRANNER referenced in paragraphs 11 and 14, the photographs referenced in paragraph 9 and paragraph 10 and the serial number shown above in paragraph 9. Special Agent Klupacs advised that, based on her training and experience, the physical features of the firearms, the markings on the firearms, as well as the CZU Scorpion's serial number, are consistent with a Glock 43 pistol and a CZU Scorpion pistol, which both meet the definition of a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3) which are both manufactured outside the State of Michigan.

21.     On April 23, 2025, I reviewed BRANNER's computerized criminal history (CCH), which indicated BRANNER has at least one prior felony conviction. On March 5, 2014, BRANNER was sentenced to 23 months to 120 months imprisonment for the felony offense of felony assault with intent to do great bodily harm less than murder or by strangulation (CNT-1 MCL 750.84) out of the 6th Circuit Court in Pontiac Michigan.

## **CONCLUSION**

22.     Probable cause exists that Dequanta BRANNER, knowing that he had previously been convicted of a crime punishable by more than one year of imprisonment, knowingly possessed a Glock 43, Micro Draco, and CZU Scorpion firearms, which travelled in or affected interstate commerce in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about September 23, 2024, in the Eastern District of Michigan.

Respectfully submitted,

Kimberly Dent
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

Date: April 24, 2025

25